UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **MARGIE ROBINSON-WILLIAMS** | **CIVIL ACTION NO. 3:19-CV-0912** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CORNERSTONE HOSPITAL OF WEST MONROE, ET AL.** | **MAG. JUDGE PEREZ-MONTES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 38] having been considered, together with the written Objection [Doc. No. 41] filed by Plaintiff Margie Robinson-Williams ("Robinson-Williams") on August 30, 2021, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion to Compel Arbitration Proceedings [Doc. No. 28] is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Stay Proceedings [Doc. No. 28] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Robinson-Williams's Motion to Vacate Arbitration and Stay Proceedings (for a mediation) [Doc. No. 32] is **DENIED**.

**MONROE, LOUISIANA**, this 31st day of August 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE