(Rev. 12/6/12)

RECEIVED
IN MONROE, LA.

OCT 2 1 2021

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Monroe DIVISION

Margie Robinson-Williams
Plaintiff

Civil Action No. 3:19-CV-00912

VS.

CHG Hospital West Monroe, LLC
Defendant

Judge Doughty
Magistrate Judge Perez-Montes

## NOTICE OF APPEAL

Notice is hereby given that Margie Robinson-Williams
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

Judgement dated August 31, 2021
(Order or Judgment)

entered in this action on August 31, 2021
(Date)

Signed this 21 day of October, 2021.

Margie Robinson-Williams
(Attorney/Pro Se Litigant Signature)

Margie Robinson-Williams
(Printed Name)

205 bell ave
(Street or P.O. Box)

Monroe      La.      71203
(City)      (State)   (Zip Code)

318 - 547-0993
(Area)   (Telephone)